UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 2 4 2006
JAN 24, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

"Maurice Massey Bradley"

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Illinois Department of
Correctional, Prisoner
Review board. Parole agent
"E. Gross" and Supervisor
"Ortege".

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

06C 0420

Case No:_____
(To be supplied by the Clerk of this Court)

JUDGE NO[...]

MAGISTRATE JUDGE
G[...] SOAT P[...]

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. Plaintiff(s):

A. Name: Maurice Massey Bradley

B. List all aliases: Lamar Ford, James Gray, Maurice Brady

C. Prisoner identification number: R23863

D. Place of present confinement: Stateville C.C.

E. Address: P.O. box, 112, Joplet, Ill, 60434 (217) 982-7273 Phon number

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Illinois Department of Correctional

Title: Prisoning over Seers.

Place of Employment: 1301 Concordia Court, Springfield, Ill 62794-9277

B. Defendant: Prisoner Review Board= suite A

Title: Overseer Prisoning Parole and Violation.

Place of Employment: 319 E. Madison St, Springfield, Ill, 62701

C. Defendant: E. Cross

Title: Parole agent

Place of Employment: 3550 W. Grand. Ave, Chicago, Ill, 66624

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D.
Defendant: SUPERVISOR ORTEGA
Title: SUPERVISOR OVER PAROLE AGENT'S.
Place of Employment: 3550 W. Grand Ave, Chicago, Ill, 60624

E. Defendant: _____
Title: _____
Place of Employment: _____

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?
   I File a grievance here at Stateville and than was told to send it to Springfield, Ill, to the Administrative Review board, for more Reviews and the matter was put in their hands here

2. What was the result?
   There was no Result at all, cause when they did Respone back, they did not give me no Relief to what happen, but just told me to contact the Record Offce here.

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

Yes, I did appeal to the head warden, but she is Runing a byis Admenestrateve here and would Not here no more grevance from me, cause they fear am a theart to the Admenesrateve.

D. If your answer is NO, explain why not:

_____
_____
_____

3

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

   Filed a grievance and sent it to the head warder "Ms. Dee". In then sent it to Spring Field.

2. What was the result? The head warden sent it back and had me to send it to Springfield for further review. But Spring responed back with no relief on it.

H. If your answer is NO, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Maurice Massey Bradley" VS. City OF Chicago, Chicago Police Department. 1st and 12th District station.

B. Approximate date of filing lawsuit: 1-12-06

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: "Maurice, Massey Bradley" "Angelica" Wilson" A.K.A- "Angee" Wilson". "James Ford, "James gray" "Maurice Brady".

D. List all defendants: City of Chicago, Chicago Police Department 12th District, Chicago Police Department 1st District.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division.

F. Name of judge to whom case was assigned: Don't know yet, sent law suite out on 1-12-06, for filing.

G. Basic claim made: Me and my little sister where asslauted by Chicago police. They let me bleed all night in the station after they hit me in the mouth with a flash light.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It's still pending as right now.

H. Approximate date of disposition: None at all.

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-24-05 at Stateville, in Cell 228, F-house, I Received a Notice saying I was Scheduled to see the Prisoner Review Board on 11-28-05, here at Stateville, Correctional Center, at 9:00 AM and on the Notice it said if I customary witnesses, to come or a Attorney contact them a week prior to above scheduled hearing date. But the day after they sent the Notice in the mail was thanksgiving and it was no way I could contact my witnesses or attorney to come, 1st of all it was the Holiday and Springfield was close for the week, and you don't get no phone call here at Stateville but once a month and it was no way I could call my witnesses. But on 11-28-05 when I saw a lady from the Prisoner Review board, I told her to give me a month Continuance so I could contact my witnesses and Attorney and she said No, and I have the right to get my hearing postpone for a month. 1st of all she would not let me talk at all and would not let me submitted my legal Document to prove I was not guilty of my Parole violation charges, what my agent said I violated. After all of this I ask her, what happen on my Parole and she said to me, you nigger whatever I did you needed it done to you! Then she stated get out of my Dumm' in office nigger, before I have a ticket wrote on you!

Later on that same night I filled out a grievance and sent it to the head warden here and she sent it back and told me to send it to Springfield for review there and I sent that and the legal documents with it. But on 1-10-06 I got a response back from Springfield, but they did not give me no relief on the grievance and they stamped all the legal documents I sent them and sent them back to me, but with no relief and told me to contact recorder's office here for help now. The Prisoner review board validity my ~~civil~~ right's as a person and a prisoner and is running a by as prisoning here! The warden here open my mail and put it in aother envelope and she is validity my Federal right's and law about opening my legal mail. Also the reason my parole was validity, because the FBI, my parole agent "E. Cross" and his supervisor "ortese" and Investgator "Tweddle" lied about the allegation's about me, in my parole violation Report, that I was holding a runaway from DCFS unwielie and I amitted to being in compeny with her and that was a lie. Then my parole agent "E. cross" and his supervisor stated in my violation Report that they came out to my house on 9-16-05 looking for me and people at the house said I did not stay there any more, but that was a lie. Then they worte I validty Rule's 1,3,4,9 and when I went to my parole hearing, they gave me a unfair hearing because all of them lie's and they voilation my parole right's and constitution right's for not leting me speak at my hearing and not leting me submitte my Documents and not even leting my ~~witness~~ or lawyer come and I think this is surely ~~violation~~ of my right's and is bais and unconstitution.

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

want to be pay $500 dollar's ever day being sent up in prison, starting from the frist day being arrested on my parole. Would also like my foner parole agent's Job's to be took and the supervisor as well. Would also like a full investagtor to everthing I have wrote. I want out of all of this $125,000,000 dollar's and a new car 2006 Lexis and that will be all.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this __13__ day of __January__, 2006

"Maurice, Masley, Bradley"

_____
(Signature of plaintiff or plaintiffs)

_____
(I.D. Number)

P.O. box. 112

Joliet, Ill, 60434

(310) 782-7273 Phone number

(Address)

8

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF Cook     )

## AFFIDAVIT

I, Maurice Massey Bradley, being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On 11-24-05 I Received a Notice saying my parole hearing was on 11-28-05 and on the notice it said have my witness and Attorney Contact them within a week before the hearing. But the day After it came to me was thanksgiving and it was no way I could contact my witnesses or Attorney to let them know when was my hearing, because you don't use the Phone but once a month in Stateville. But on 11-28-05 at my parole hearing I told the lady who was doing the hearing that I need it to be continuanced or postpone so I could contact my witness and Attorney and she said No and I told her I had the right to get my hearing postpone for a month. I told her I had legal Documents to let her see, to prove am Not guilt of my parole violation and than she said to me I could not submitte them or talk. Than I ask her what did she do on my parole and she stated don't worry about it nigger, what ever did you needed it and told me get out of my office you nigger before I have a tacket worte on you. She surely vailded my constitution right's and my prisoning right's for not letting me speak at my hearing and she also vailded my civil right and the 5th Amed to the united States constitution. I have the right's of freedom of Maurice Massey Bradley speech it is in the constitution and I have the right's to surmitte my legal Documents!

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 13th DAY Jan., 2006

Crystal L. Mason
NOTARY PUBLIC

"OFFICIAL SEAL"
Crystal L. Mason
Notary Public, State of Illinois
My Commission Exp. 11/10/2008

AFFIDAVIT

Page ②

Than later on that day I fill out a grievance and sent it to the Head Warden and she sent it back to me, to send to Springfield for review and I sent the legal documents with the grievance. I got a respone back on 1-10-06, but they did not give me no relief and they stamped all the legal documents saying they received them, but did not give a relief and told me to contact the Recorder Office here for information. They is runing a buss prisoning here at Stateville and the warden open my mail and put it in another envelope and surely validity federal law and my rights about opening my legal mail. The reason my parole got validity because my parole agent "E. Cross", his supervisor "Ortega" and investigator "Tweddle" and the "FBI" wrote false allegations about me in my parole violation report and said I broke rules 1,3,4,9, what I agreed to with being on parole. They also lied in my report and said I was holding a runaway girl from DCFS agencies her will and I amitted to being in company with her, but that's a lie. Than parole agent "E. Cross" and supervisor "Ortega" stated in the report they came to my house on 9/16/05 to talk to me about these's allegations and some people at my house told them I did not stay there any more, but that was a lie because my sister said to me, nobody never came to the house looking for me at all, and if they did she would have told me. I fill from this stand point that all the people involved in this law suite, validity my civil rights and my constitution rights. First the P.R.B. board for not letting me speak and I have the freedom, to speak what I want and am not guilt by no mean about any thing till proven guilty I have the right of freedom of speech and she validity that right on 1/28/05 for not letting me say my speech at my hearing.

R03863 Bradley
Maurice Massey